MICHAEL STEPANIAN (SBN 037712)
Attorney at Law
819 Eddy Street
San Francisco, California  94109
Tel.: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
EDGAR SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00428-SI |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER RE: MODIFY PRETRIAL RELEASE TO INCLUDE TRAVEL |
| EDGAR SANCHEZ, | |
| Defendants. _____ / | |

Defendant EDGAR SANCHEZ, by and through his counsel MICHAEL STEPANIAN and Assistant United States Attorney ANDREW SCOBLE, hereby stipulate and agree that Mr. Sanchez pretrial release conditions may be modified as follows:

Defendant will travel to Downey, California, to participate in a one day job training program. Specifically, defendant will travel from his home by auto, leaving late Thursday evening, February 28, arriving Downey, California, Friday, February 29, 2008. Defendant will stay over in the Downey area and return to his home in the Bay Area, leaving by auto Saturday March 1, 2008.

Defendant is to provide contact information to United States Pretrial Services regarding his destinations.

Defendant's assigned Pretrial Services Officer has no objection to this request.

///

**NOTICE AND MOTION FOR PRETRIAL RELEASE**

1  Dated: 02/25/08                    /s/ Michael Stepanian
2                                     MICHAEL STEPANIAN
                                      Attorney for Defendant
                                      EDGAR SANCHEZ

5  Dated: 02/25/08                    /s/_____
                                      ANDREW SCOBLE
6                                     Assistant United States Attorney

## ORDER

Pursuant to stipulation, Defendant EDGAR SANCHEZ pretrial release conditions are modified as follows: Defendant may travel to Downey, California on February 28, 2008, returning on March 1, 2008.  Defendant is to provide contact information regarding his travel to United States Pretrial Services.

IT IS SO ORDERED.

Dated: _____              _____
                                     Honorable Susan Illston
                                     U.S. District Court Judge

**STIPULATION AND PROPOSED ORDER MODIFY PRETRIAL RELEASE / TRAVEL**

**PROOF OF SERVICE**

I am a citizen of the United States and am employed in the City and County of San Francisco; my business address is 819 Eddy Street, San Francisco, California 94109. I am over the age of eighteen years and not a party to the within above-entitled action.

On February 25, 2008, I served the within STIPULATION AND [PROPOSED] ORDER RE: MODIFY PRETRIAL RELEASE TO INCLUDE TRAVEL, on the parties in said action by faxing a true copy thereof to:

>Mr. Paul Mamaril
>US Pretrial Services Officer
>1301 Clay St, Suite 100C
>Oakland CA 95113
>
>Fax: 510.6373761

I declare under penalty of perjury that the foregoing is true and correct.
Executed this February 25, 2008 at San Francisco, California.

>/S/ Steven Dean Moore
>STEVEN DEAN MOORE

STIPULATION AND PROPOSED ORDER MODIFY PRETRIAL RELEASE / TRAVEL